**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANYA BOGO,** | : | |
| | : | **No. 5:24-cv-4685** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **ZATOR LAW, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION TO DISMISS OF DEFENDANT ZATOR LAW, LLC TO PLAINTIFF'S COMPLAINT**

AND NOW, comes Defendant, Zator Law, LLC, by and through its undersigned counsel, Hoffman & Hlavac, and moves to dismiss the Complaint of Plaintiff, Tanya Bogo. In support of its Motion, filed pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant incorporates by reference in full the brief filed contemporaneously herewith.

**HOFFMAN & HLAVAC**

By: *Steven E. Hoffman*

Steven E. Hoffman, Esquire
Attorney ID# 63911
Ryan S. Director, Esquire
Attorney ID# 323361
1605 North Cedar Crest Blvd., Suite 509
Allentown, PA 18104
Direct# 484-408-6002, Fax# 484-408-6018
shoffman@hhe-law.com
rdirector@hhe-law.com
*Attorneys for Defendant, Zator Law, LLC*

Date: November 18, 2024