**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Jane Doe,<br>Plaintiff,<br>v.<br>Zator Law, LLC<br>Defendant. | : | CIVIL ACTION<br>No. 24-cv-4685 |

**PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Jane Doe ("Plaintiff"), by and through her undersigned counsel, respectfully moves this Honorable Court for an order permitting her to proceed under a pseudonym, and in support thereof states as follows:

## I. INTRODUCTION

Plaintiff brings this action against her former employer, Zator Law, LLC, for violations of the Americans with Disabilities Act (ADA), the Pennsylvania Human Relations Act (PHRA), and other employment laws. Plaintiff seeks to proceed under a pseudonym due to valid concerns that disclosure of her identity will expose her to retaliation and harm to her professional reputation.

## II. FACTS

Plaintiff suffers from a panic disorder, a mental health condition that substantially limits her major life activities. During her employment with Defendant, Plaintiff requested reasonable accommodations for her condition, which Defendant improperly denied. Shortly thereafter, Plaintiff was subjected to retaliatory actions and subsequently terminated. Plaintiff now

reasonably fears further professional harm, reputational damage, and exclusion from employment opportunities if her identity is publicly disclosed.

## III. LEGAL STANDARD

The Third Circuit recognizes that a plaintiff may proceed anonymously where they demonstrate a reasonable fear of severe harm if their identity is revealed. *Doe v. Evans*, 202 F.R.D. 173 (E.D. Pa. 2001); *Doe v. Drexel Univ*., 2020 U.S. Dist. LEXIS 224205 (E.D. Pa. 2020). Courts must balance the plaintiff's privacy interests against the public's interest in open judicial proceedings.

## IV. ARGUMENT

### A. Plaintiff Faces a Reasonable Fear of Severe Harm

Plaintiff has a valid concern that publicly identifying her in this matter would expose her to further retaliation by Defendant, a reputable law firm with substantial influence in the legal community. Plaintiff's condition is a highly personal and sensitive matter. The potential harm includes reputational damage, career stagnation, and diminished future employment opportunities.

### B. Balancing Plaintiff's Interest in Anonymity Against the Public's Interest in Open Litigation

Plaintiff's interest in protecting her privacy significantly outweighs the public's interest in knowing her identity. The primary issues in this case concern Defendant's alleged discrimination and retaliation, which can be fully adjudicated without disclosing Plaintiff's identity.

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant her motion to proceed under a pseudonym and permit her to file her complaint anonymously.

Dated: March 24th, 2025

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:

**GRAHAM F. BAIRD, ESQUIRE**
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19102
*Attorney for Plaintiffs*