**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANYA BOGO,** | : | |
| | : | **No. 5:24-cv-4685** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **ZATOR LAW, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT'S ANSWER IN OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Defendant Zator Law, LLC, by and through counsel, Hoffman & Hlavac, file this answer in opposition to Plaintiff's Motion to Proceed Under A Pseudonym.

1. Denied. After reasonable investigation, Defendant is without sufficient knowledge to determine the veracity of this paragraph, therefore it is denied.

2. No answer is required as Plaintiff's Complaint is a written document that speaks for itself.

3. Admitted in part, denied in part. It is admitted that Defendant is a law firm located in the Eastern District of Pennsylvania. The remainder of the allegations are denied and strict proof thereof is demanded.

4. Denied. This paragraph is a conclusion of law which does not require a response. To the extent a response is require this paragraph is denied.

5. Denied. This paragraph is a conclusion of law which does not require a response. To the extent a response is required this paragraph is denied.

6. Denied. This paragraph is a conclusion of law which does not require a response. To the extent a response is required this paragraph is denied.

WHEREFORE, Defendant Zator Law, LLC respectfully requests that this Honorable Court deny Plaintiff's Motion to Proceed Under a Pseudonym.

**HOFFMAN & HLAVAC**

By: *s/ Steven E. Hoffman*
Steven E. Hoffman, Esquire
Attorney ID# 63911
Jared J. Hanna, Esquire
Attorney ID# 313769
1605 North Cedar Crest Blvd., Suite 509
Allentown, PA 18104
Direct# 484-408-6002, Fax# 484-408-6018
shoffman@hhe-law.com
jhanna@hhe-law.com

Date: April 3, 2025

*Attorneys for Defendant, Zator Law, LLC*