IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TANYA BOGO** | : CIVIL ACTION |
| | : |
| **v.** | : NO. 24-4685 |
| | : |
| **ZATOR LAW, LLC** | : |

## ORDER

**AND NOW**, this 15th day of April 2025, upon consideration of the Motion to Dismiss filed by Defendant, Zator Law, LLC (Docket No. 5), as well as Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss for Failure to State a Claim of Defendant (Docket No. 5) is **GRANTED** in part and **DENIED** in part.

2. The Motion is **GRANTED** as to Plaintiff's claims for disability discrimination, retaliation and FLSA violations, and Plaintiff shall be permitted to file an Amended Complaint containing more factual specifics as set forth in the accompanying opinion.

3. The Motion is **GRANTED** as to Plaintiff's demand for liquidated damages under the FMLA as contained in the Complaint's wherefore clause, and any request for said damages is stricken from Plaintiff's Complaint, as it does not include a claim under the FMLA.

4. The Motion is **DENIED** as to Plaintiff's Wage Payment and Collections Law claims.

5. Plaintiff shall file an Amended Complaint within twenty days of the date of this Order.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**