**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANYA BOGO,** | : | |
| | : | **No. 5:24-cv-04685-CH** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **ZATOR LAW, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT ZATOR LAW, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

AND NOW, comes Defendant, Zator Law, LLC, by and through its undersigned counsel, Hoffman & Hlavac, and moves to dismiss the Amended Complaint of Plaintiff, Tanya Bogo. In support of its Motion, filed pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant incorporates by reference in full the brief filed contemporaneously herewith.

**HOFFMAN & HLAVAC**

By: *s/Steven E. Hoffman*

Steven E. Hoffman, Esquire
Attorney ID# 63911
Ryan S. Director, Esquire
Attorney ID# 323361
1605 North Cedar Crest Blvd., Suite 509
Allentown, PA 18104
Direct# 484-408-6002, Fax# 484-408-6018
shoffman@hhe-law.com
rdirector@hhe-law.com
*Attorneys for Defendant, Zator Law, LLC*

Date: May 13, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANYA BOGO,** | : | |
| | : | **No. 5:24-cv-04685-CH** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ZATOR LAW, LLC,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Steven E. Hoffman, Esquire, do hereby certify that on the 13th day of May 2025, a true and correct copy of Defendant Zator Law, LLC's Motion to Dismiss Plaintiff's Amended Complaint, Brief in Support and proposed Order were filed electronically with the Court and are available for viewing and downloading from the ECF system.

Served electronically upon:

- GRAHAM F. BAIRD GrahamB@ericshore.com, PatrickC@ericshore.com, DanaL@ericshore.com

**HOFFMAN & HLAVAC**

By: *s/Steven E. Hoffman*

Steven E. Hoffman, Esquire
Attorney ID# 63911
Ryan S. Director, Esquire
Attorney ID# 323361
1605 North Cedar Crest Blvd., Suite 509
Allentown, PA 18104
Direct# 484-408-6002, Fax# 484-408-6018
shoffman@hhe-law.com
rdirector@hhe-law.com
*Attorneys for Defendant, Zator Law, LLC*