**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANYA BOGO** | : | |
| Plaintiff, | : | **JURY DEMANDED** |
| **v.** | : | |
| **ZATOR LAW, LLC.,** | : | No. 5:24-cv-4685 |
| Defendant. | : | |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff, Tanya Bogo ("Plaintiff") by and through her undersigned counsel, hereby submits the following Opposition in Response to the Motion to Dismiss Plaintiff's Amended Complaint submitted by Defendant, Zator Law, LLC, ("Defendant"). Plaintiff incorporates the Memorandum of Law in support of her Opposition to the Motion to Dismiss, as if fully set forth herein. Plaintiff respectfully requests this Honorable Court deny the Defendant's Motion to Dismiss.

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY: /s/Graham F. Baird
**GRAHAM F. BAIRD, ESQUIRE**
Attorney for Plaintiff, Tanya Bogo

Date: May 27, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANYA BOGO** | : | |
| Plaintiff, | : | **JURY DEMANDED** |
| **v.** | : | |
| | : | No. 5:24-cv-4685 |
| **ZATOR LAW, LLC.,** | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

On May 27, 2025 the undersigned served the foregoing Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint via ECF upon the following counsel for Defendant:

HOFFMAN & HLAVAC
Steven E. Hoffman, Esquire
Ryan S. Director, Esquire
1605 North Cedar Crest Blvd., Suite 509
Allentown, PA 18104
shoffman@hhe-law.com
rdirector@hhe-law.com

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY: /s/Graham F. Baird
**GRAHAM F. BAIRD, ESQUIRE**
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19110
Attorney for Plaintiff, Tanya Bogo